UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**RESOURCE REAL ESTATE OPPORTUNITY OP, LP**

        **Plaintiff,**

-v-

**THE CANNERY AT WEBSTER STATION, LTD., et al.,**

        **Defendants.**

Case No. 3:11-cv-220

Judge Thomas M. Rose

---

### CASE TERMINATION ENTRY
---

This matter is hereby terminated on the docket records of the United States District Court for the Southern District of Ohio, Western Division at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio this First Day of July, 2013.

        s/Thomas M. Rose
        _____
        THOMAS M. ROSE
        UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record